(*Supreme Court of Illinois.*)

**James Harrington, et al.**

vs.

**Henry Stees.**

(1874.)

WHEN CAUSE WILL NOT BE REMANDED.

Motion to set aside decision and remand cause. Error to Edwards county. No. 201.

SHELDON, J.:—

This is a motion to set aside the decision and remand the cause. We have considered the suggestions on both sides, in favor of and against the motion, and we do not think there is any sufficient reason for remanding the cause, and the motion will be overruled.

SCOTT, J.—I desire to say that I do not concur in the opinion of the court. I believe there is ample reason shown for remanding the cause.